THE HUNTERDON COUNTY BANK vs. THE NASSAU BANK.

The final decree in the above stated cause was made agreeably to the opinion delivered in the case of *The Broadway Bank* v. *McElrath*, 2 *Beasley* 24.

That decree, among other things, adjudged the Nassau Bank, who were the complainants in chancery, entitled to have two hundred and twenty-five shares of the capital stock of the Trenton Iron Company, held by them, sold, and the proceeds thereof applied to the payment of the several loans, and the balance thereof due them from Thomas McElrath. The Hunterdon County Bank have appealed from that part of said decree, for that they are entitled to have the said shares sold under, and by virtue of the attachment in the complainant's bill mentioned.

The appeal was argued by *Mr. B. Vansyckel* and *Mr. Browning*, for appellants, and *Mr. E. W. Scudder* and *Mr. A. O. Zabriskie*, for respondents.

The opinion of the court was delivered by Ogden, J., affirming the decree of the Chancellor. The reporter regrets, that after diligent search and inquiry, he has been unable to find it.

The decree was affirmed by the following vote:

*For affirmance*—CLEMENT, CORNELISON, ELMER, FORT, HAINES, KENNEDY, OGDEN, VAIL, VREDENBURGH, WALES. 10.

*For reversal*—NONE.